UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: Malika St. Clair, | § | Case No. 23-21678 |
| | § | |
| Debtor | § | Chapter 7 |
| | § | |
| Malika Stclair | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Adversary No. 23-3103 |
| | § | |
| United States Department of Education | § | |
| Defendant | § | |

**ORDER**
**(Related to Dkt. 17)**

Having considered the Stipulation and Joint Motion for Order Determining Dischargeability filed by Plaintiff and the United States of America, on behalf of the United States Department of Education, the Court is of the opinion that the Motion should be granted:

IT IS ORDERED that Plaintiff's student loan debts to the Department of Education are not excepted from discharge under 11 U.S.C § 523(a)(8) because payment of the loans would impose an undue hardship on the debtor and the debtor's dependents.

IT IS ORDERED that Plaintiff's student loan debts to the Department of Education are discharged under 11 U.S.C. § 1328.

IT IS ORDERED that the Department of Education is dismissed from this action.

It is so ORDERED.

_____          _____
Date                                  The Honorable Jeffrey P. Norman
                                      United States Bankruptcy Judge